# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL FOR FAILURE TO APPEAR AT 341(a) MEETING OF CREDITORS

**DEBTOR INFORMATION:**
Luis Fierro

**BANKRUPTCY NO.** 2:11−bk−14671−VZ

**CHAPTER** 7

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** xxx−xx−5286
**Employer Tax−Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 6/14/11

**Address:**
910 W 50th St
Los Angeles, CA 90037

The above debtor(s) has **FAILED TO APPEAR** for examination at the initial Section 341(a) meeting of creditors and any continuance thereof:

It is ordered:

1)    The case is dismissed.

2)    The automatic stay is vacated.

3)    Any discharge entered in this case is vacated.

4)    The Court retains jurisdiction on all issues arising under Bankrupcty Code § 110, 329 and 362.

Dated: June 14, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court

(Form van23b−odmwab VAN−23) Rev. 11/09

**39 / ABG**